12-19-00153-CR

TWELFTH COURT OF APPEALS
1517 W FRONT ST STE 354
TYLER, TEXAS 75702

REC'D IN COURT OF APPEALS
12TH COURT OF APPEALS DISTRICT

APR 22 2019

TYLER, TEXAS
KATRINA MCCLENNY, CLERK

TEE STATE OF TEXAS §

VS § 003-8367418

KARL SHACKELFORD §

FILED IN COURT OF APPEALS
12TH COURT OF APPEALS DISTRICT

APR 22 2019

TYLER, TEXAS
KATRINA MCCLENNY, CLERK

MOTION OF INDIGENCE
AFFIDAVIT.

TO THE TWELFTH COURT OF APPEALS
1517 W. FROW ST STE 354 TYLER
TEXAS 75702 PANEL
NOW COME KARL LYNN MCGEE
AKA KARL LYNN SHACKELFORD
D.L Number 13004175 S.S NUMBER
XXX XX 1337 D.O.B NumBER 03
06 1969.

PAGE
1 OF 6

I AM UNABLE TO OBTAIN A LOAN TO PAY THE COSTS. Pr. SE ATTORNEY AT LAW, IS OR IS NOT PROVIDING FREE LEGAL SERVICES WITHOUT A CONTINGENT FEE. NO ATTORNEY HAS AGREED TO PAY OR ADVANCE COURT COSTS $0.00 COURT COSTS

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS DATE

NOTARY PUBLIC FOR THE STATE OF TEXAS

RESPECTFULL

KARL LYNN MCGEEE, AKA
KARL LYNN SHACKELFORD

*[signatures]*

April 2, 2019

Geraldine Lauter
4-2-19

GERALDINE LAUTER
My Notary ID # 4353899
Expires May 7, 2020

Karl Lynn McGee, aka
KARL Lynn SHACKELFORD
Karl Lynn McGee aka
Karl Lynn Shelford

Smith County Jail
206 E. Elm St
Tyler, TX 75702

SIGNED
THIS 26TH DAY OF MARCH MONTH 2019

P.O BOX 9868
TYLE, TEXAS 75711

COME ASKING THE TWELFTH COURT OF APPEALS 1517 W. FRONT ST STE 354 TYLER, TEXAS 75702 PANEL TO PASS VOTE ON THIS MOTION OF INDIGENCE AFFIDAVIT

PRAYER THAT THIS TWELFTH COURT OF APPEAL PASS VOTE

## ORDER

ON OR ABOUT THIS DAY CAME THIS MOTION OF INDIGENCE AFFIDAVIT THIS MOTION CAME CONSIDERED, ADJUDGE, ORDERD

PRESIDING PANEL OF THE TWELFTH COURT APPEALS

CERTIFICATE OF SERVICE

I KARL LYNN SHACKELFORD AKA
KARL LYNN McGEE DID SERVE
THIS 1 OF 6 PAGE MOTION OF
INDIGENCE AFFIDAVIT.


SIGNED
THIS 26th DAY OF MARCH MONTH 2019

KARL LYNN McGEE          Karl Lynn McGee
KARL LYNN SHACKELFORD    Karl Lynn Shackelford


DATE DELIVERED